

FILED

MAY 20 2013

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| TANA ANDERSON,<br><br>                          Petitioner,<br><br>vs.<br><br>UNITED STATES INTERNAL REVENUE SERVICE, and CIANNE KALLUNKI, Revenue Agent,<br><br>                          Respondents. | No. CV-13-56-BLG-SEH<br><br>ORDER |

On April 23, 2013, United States Magistrate Judge Carolyn S. Ostby entered Findings and Recommendations[1] in this matter. Petitioner did not file objections, but filed a document entitled "Petitioner's Motion for Additional Time to File a Response to Respondent's Reply in Support of Respondents' Motion to Dismiss Petition to Quash" on May 9, 2013.

---

[1] Docket No. 15.

No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Ostby's Findings and Recommendations for clear error.

Upon review, I find no clear error in Judge Ostby's Findings and Recommendations and adopt them in full.

ORDERED:

1. Petitioner's Motion for Additional Time to File a Response to Respondent's Reply in Support of Respondents' Motion to Dismiss Petition to Quash[2] is DENIED.

2. Respondents' Motion to Dismiss Petition to Quash[3] is GRANTED.

3. Petitioner's Petition to Quash IRS Third Party Summons[4] is DISMISSED.

---

[2] Docket No. 17.

[3] Docket No. 8.

[4] Docket No. 1.

4. The Clerk of Court is directed to enter a judgment of dismissal.

DATED this 20th day of May, 2013.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge